UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD DON BROWN,

        Plaintiff,

    v.

ALLISON, et al.,

        Defendants.

No.  2:22-cv-1571 DAD AC P

ORDER

Plaintiff filed a motion for extension of time.  ECF No. 26.  Although plaintiff does not specify what deadline he seeks to extend, it appears he may be seeking an extension of time to file objections to the magistrate judge's July 29, 2025 Findings and Recommendations.  Good cause appearing, IT IS HEREBY ORDERED that:

1.  Plaintiff's motion for an extension of time (ECF No. 26) is granted; and

2.  Plaintiff is granted until September 26, 2025, to file objections to the July 29, 2025, Findings and Recommendations.

DATED: August 28, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1