UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD DON BROWN,<br>Plaintiff,<br>v.<br>ALLISON, et al.,<br>Defendants. | No. 2:22-cv-1571 DAD AC P<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING IDENTIFIED CLAIMS WITHOUT LEAVE TO AMEND<br><br>(Doc. No. 37) |

Plaintiff, a state prisoner proceeding *pro se* and *in forma pauperis*, filed this civil rights action on September 7, 2022, seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(17).

On November 21, 2025, the assigned magistrate judge filed findings and recommendations recommending that plaintiff's claim one for deliberate indifference brought against defendant Dr. John Doe, claim three for deprivation of property, and claim four for violation of medical privacy rights as asserted in the second amended complaint all be dismissed for failure to state a cognizable claim. (Doc. No. 37 at 7–9.) The magistrate judge also recommended that dismissal of those claims be without further leave to amend because plaintiff had been provided the court's guidance and two opportunities to cure the noted pleading

/////

deficiencies as to those claims but had failed to cure those deficiencies and that further amendment would therefore be futile. (*Id.* at 9–10.)

Those findings and recommendations were served on all parties and contained notice that any objections thereto were to be filed within twenty-one days. (*Id.* at 11.) Neither party filed objections to the findings and recommendations. Plaintiff requested and was granted an additional thirty (30) days in which to file objections (Doc. No. 45), but no objections from plaintiff were forthcoming and the time in which to do so has long since passed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly:

1. The November 21, 2025 findings and recommendations (Doc. No. 37) are adopted in full;
2. Plaintiff's Claim One against defendant John Doe #1, and Claims Three and Four asserted in plaintiff's second amended complaint are dismissed without leave to amend; and
3. This case is referred to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **November 5, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE